# Order

Michigan Supreme Court
Lansing, Michigan

April 27, 2021

161978

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MICHAEL RUSSELL BANCROFT,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 161978
COA: 353530
Benzie CC: 18-002596-FH;
2018-002598-FH; 18-002599-FH

On order of the Court, the application for leave to appeal the July 20, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021

a0419

Clerk